IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>AARON LEE KUNTZ,<br><br>      Defendant. | **4:21CR3097**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1)  Defendant's unopposed motion to continue the suppression hearing (Filing No. 36), is granted.

2)  A status conference regarding the suppression hearing will be held before the undersigned magistrate judge at 10:00 a.m. on June 16, 2022 by telephone. All participants shall use the conferencing information provided by the court to participate in the call to discuss case progression. Counsel for the parties shall be present at the conference.

May 2, 2022.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge